# EXHIBIT A

# Torridon Law PLLC

801 Seventeenth Street, N.W., Suite 1100
Washington, DC 20006
(202) 249-6900

February 27, 2025

**Via Email and Overnight Mail**
Brendan Eich
Chief Executive Officer
Brave Software, Inc.
580 Howard Street, Unit 402
San Francisco, CA 94105
brendan@brave.com

Dear Mr. Eich:

This firm represents News Corp, including its subsidiaries Dow Jones, News UK, News Corp Australia, and the New York Post (collectively "News Corp"). We are also Dow Jones and the New York Post's counsel of record in the copyright infringement action pending in the U.S. District Court for the Southern District of New York against Perplexity AI, Inc.

We write to demand on behalf of News Corp that Brave Software, Inc. and any subsidiaries and related entities (collectively, Brave) **cease and desist** from unauthorizedly and unlawfully misappropriating News Corp's copyrighted content, and to demand compensation for all past unauthorized use and sale by Brave of News Corp's copyrighted content.

It has come to News Corp's attention that Brave scrapes News Corp websites without identifying itself and without authorization, and Brave includes the scraped copyrighted News Corp content into a search index that Brave licenses and sells to third parties via its Search API, in competition with News Corp's own licensing and other monetization opportunities. Brave has admitted publicly that it crawls publisher websites without identifying its web crawler.[1] Brave's excuse for this surreptitious conduct is that, if it identified itself, it might be subject to "discrimination from websites that allow only Google to crawl them."[2] Brave contends that, if a website "is not crawlable by googlebot, then Brave Search's bot will not crawl it either."[3] Otherwise, it will. In addition to violating News Corp's terms of service, this purported defense to unauthorized copying is the intellectual property equivalent of a burglar defending his unauthorized entry of and taking possessions from a home because the homeowner has allowed in other guests.

It has further come to News Corp's attention that the unlawfully-copied and indexed News Corp content that Brave sells to third parties through its Search API in many instances contains "extra

---

[1] Brave Search Crawler, Brave, https://search.brave.com/help/brave-search-crawler; *see* Alex Ivanovs, *The shady world of Brave selling copyrighted data for AI training*, Stack Diary (July 16, 2023) https://stackdiary.com/brave-selling-copyrighted-data-for-ai-training/ (quoting Brave Chief of Search Josep M. Pujol).
[2] Brave Search API FAQs, Brave, https://brave.com/search/api/.
[3] *Id.*

**Torridon Law PLLC**
Brendan Eich
February 27, 2025
Page 2 of 3

alternate snippets for AI"[4] of scraped content, which on their face are reproductions of News Corp's content.  In multiple instances, News Corp has observed Brave's Search API providing "extra alternate snippets" that are comprised of verbatim sentences and paragraphs of news articles, totaling hundreds of words.  These are unlawful reproductions that are a commercial substitute for News Corp's original works.  Brave has no legal right to scrape News Corp's content for the purpose of selling that content to others, including the sale to others of substitute products through "extra alternative snippets" verbatim reproductions.

Further still, it has come to our attention that, separate from its commercial Search API, Brave competes with News Corp through its consumer offering of a "Summarizer" tool.  Brave's Summarizer provides "comprehensive answer[s]" related to "real-time information that is up to date with today's events."[5]   These answers, which can be accessed by rivals of News Corp through an API, include significant portions of News Corp content and are deliberately designed to siphon away traffic (along with attendant advertising, subscription and licensing revenues) from News Corp's news publications.  Brave has no legal right to use copyrighted News Corp content to provide such "comprehensive answer[s]" in the manner it does, in competition with News Corp.

Brave markets itself as a public-interest company which, among other things, is committed to "fight Big Tech's terrible privacy abuses."[6]  Despite that public-facing do-good persona, Brave monetizes its widescale theft of intellectual property by selling the purloined content to some of the very same tech companies it publicly derides.[7]  In so doing, Brave harms content creators, including the innumerable journalists, editors, and other staff responsible for producing high-quality content.  The business and livelihoods of these publishers and their dedicated workforces depend upon the ability to monetize their products, including particularly through website traffic and concomitant advertising revenue, as well as through subscriptions and licensing opportunities.  Brave's and its big tech business partners' offering of unlicensed substitute products, via the unauthorized misappropriation of News Corp's content, deprives the content creators of these monetization opportunities.  Left unchecked, Brave's model of selling news content to AI companies, without authorization and compensation to content creators, will badly

---

[4] Brave Search API Plans, Brave, https://brave.com/search/api/.
[5] *Brave Search introduces the Summarizer, an AI tool for synthesized, relevant results*, Brave (Mar. 2, 2023), https://brave.com/blog/ai-summarizer/.
[6] FAQs, *Who owns Brave?*, Brave, https://brave.com ("The Brave Browser, Brave Search, and all their various features are made by Brave Software Inc, an independent, privately-held company. Brave is not beholden to any other tech company, and works every single day to fight Big Tech's terrible privacy abuses. Brave exists to help real people, not some faceless tech company.") (last accessed Feb. 27. 2025).
[7] Brave touts that it is "[u]sed by some of the biggest names in tech," including Chegg, Cohere, Ghostery, Mistral AI, Kagi, Padlet, Perplexity, Swisscows, Turnitin and You.com, (Brave Search API, Brave, https://brave.com/search/api/), and Meta has disclosed that its Llama 3 AI large language model "is trained to use Brave Search," (The Llama 3 Herd of Models, Meta (July 23, 2024) at 24, available at https://arxiv.org/pdf/2407.21783).

**Torridon Law PLLC**
Brendan Eich
February 27, 2025
Page 3 of 3

undermine the financial incentives to create original content.[8]  It will result in less content being generated and/or will reduce the quality of generated content, which will in turn reduce the amount of content available to power AI's growth.

News Corp has always been supportive of new technologies, such as AI, that allow consumers lawfully to enjoy the fruits of its journalists' important work, as is evidenced for example, by News Corp's early market-based deal with OpenAI to improve OpenAI's offerings.  But News Corp has also proven that it will not allow third parties such as Brave to build businesses on the backs of News Corp's journalists and other creators without justly and adequately compensating them for their hard work.  As the Perplexity case demonstrates, News Corp is also prepared to litigate in court to protect its rightful copyright interests that support our journalists.

By this letter, News Corp demands that Brave cease and desist its unlawful behavior, including its unauthorized theft, sale and licensing of News Corp content, and its unauthorized use of News Corp content to offer substitute products such as its Summarizer tool.

News Corp also requires certain information in order to assess the potential harm caused by Brave's unauthorized conduct. Within fourteen (14) days of receipt of this letter, identify in writing:

- The list of AI firms that obtained News Corp's content through Brave's Search API and, separately, Brave's Summarizer.
- The user agent(s) and IP addresses for all crawlers that Brave uses upon News Corp websites.
- Any policies or technical specifications that limit the amount of web content that Brave packages into "alternate snippets."
- The commercial terms on which Brave provides its customers with access to News Corp websites via Brave's Search API, including guardrails set for creating derivative content, if any.
- The total number of individuals to which Brave has provided access to "Summaries" that incorporate text from News Corp's articles.

Sincerely,

Paul T. Cappuccio

---

[8] The self-serving attempt at a deflection of responsibility in Brave's FAQs, stating that "[t]he Brave Search API does not grant any rights to third-party content such as webpages. Customers who access URLs displayed in the Brave Search API must ensure their access to those webpages complies with the copyright terms of the page publishers[,]" (FAQs, *What about copyright?*, Brave, https://brave.com), does nothing to excuse Brave's own infringement in scraping, copying, and selling News Corp's copyrighted works, or any violations by its customers that Brave facilitates by selling them access to such copyrighted works.