AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| BRAVE SOFTWARE, INC.,<br><br>*Plaintiff(s)*<br>v.<br>NEWS CORPORATION d/b/a NEWS CORP, DOW JONES & CO., INC., NYP HOLDINGS, INC., NEWS CORP UK & IRELAND LTD., NEWS CORP AUSTRALIA,<br>*Defendant(s)* | Civil Action No. 25-2503 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  News Corp Australia
2 Hold Street, Surry Hills
Sydney, New South Wales 2010
Australia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew S. Ong
601 Marshall Street
Redwood City, California 94063

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*