ROBERT D. CARROLL (*pro hac vice* forthcoming)
*RCarroll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: +1 617 570 1000

ANDREW S. ONG (SBN 267889)
*AOng@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel.: +1 650 752 3100

PAUL CAPPUCCIO
*pcappuccio@torridonlaw.com*
BRETT KATZ
*bkatz@torridonlaw.com*
**TORRIDON LAW PLLC**
801 17th St NW, Suite 1100
Washington, DC 20006
Tel: +1 202 249 6900

[*Additional Counsel on Signature Page*]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAVE SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEWS CORPORATION d/b/a NEWS CORP, DOW JONES & CO., INC., NYP HOLDINGS, INC., NEWS CORP UK & IRELAND LTD., NEWS CORP AUSTRALIA, <br><br> Defendants. | Case No. 3:25-cv-02503 <br><br> **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

1   Counsel for all parties hereby jointly stipulate that all of Brave's claims in the above-

2   captioned case are to be dismissed in their entirety, without prejudice, pursuant to Federal Rule of

3   Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees.

4

5   Dated: June 9, 2025

6
                                        Respectfully submitted,
7
                                        By: */s/ Andrew S. Ong*
8
                                                ROBERT D. CARROLL (*pro hac vice* forthcoming)
9                                               *RCarroll@goodwinlaw.com*
                                                **GOODWIN PROCTER LLP**
10                                              100 Northern Avenue
                                                Boston, MA 02210
11                                              Tel.: +1 617 570 1000

12
                                                ANDREW S. ONG (SBN 267889)
13                                              *AOng@goodwinlaw.com*
                                                **GOODWIN PROCTER LLP**
14                                              601 Marshall Street
                                                Redwood City, CA 94063
15                                              Tel.: +1 650 752 3100

16
                                                TIMOTHY KEEGAN (*pro hac vice* forthcoming)
17                                              *TKeegan@goodwinlaw.com*
                                                **GOODWIN PROCTER LLP**
18                                              620 Eighth Avenue
                                                New York, NY 10018
19                                              Tel.: +1 212 813 8800

20
                                                ISHIKA DESAI (SBN 340239)
21                                              *IDesai@goodwinlaw.com*
                                                **GOODWIN PROCTER LLP**
22                                              525 Market Street, Floor 32
                                                San Francisco, CA 94105
23                                              Tel.: +1 415 733 6316

24
                                                Attorneys for Plaintiff
25                                              BRAVE SOFTWARE, INC.

26

27

28

1

By: */s/ Paul Cappuccio*

2

PAUL CAPPUCCIO (not admitted in CA)

3

*pcappuccio@torridonlaw.com*
BRETT KATZ (not admitted in CA)

4

*bkatz@torridonlaw.com*

5

**TORRIDON LAW PLLC**
801 17th St NW, Suite 1100

6

Washington, DC 20006
Tel: +1 202 249 6900

7

Attorneys for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

**[PROPOSED] ORDER**

2

Pursuant to the parties' stipulation, the Court DISMISSES this action without prejudice.

3

IT IS SO ORDERED.

4

5

DATED:_____, 2025.

6

7

_____

8

UNITED STATES DISTRICT JUDGE
CHARLES R. BREYER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTORNEY ATTESTATION**

2          I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing

3    of this document from the signatories indicated by the conformed signature (/s/) above.

4

5                                                              /s/  *Andrew S. Ong*
                                                             ANDREW S. ONG

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

I am employed in the County of Los Angeles, State of California.  I am over the age of 18

3

and not a party to the above-captioned action.  My business address is 520 Broadway Street, Suite

4

500, Santa Monica, California, 90401.

5

On **June 9, 2025** I served the listed document(s) on the person(s) below:

6

7

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FRCP 41(a)(1)(A)(ii)**

8

9

PAUL CAPPUCCIO (not admitted in CA)

10

*pcappuccio@torridonlaw.com*
BRETT KATZ (not admitted in CA)

11

*bkatz@torridonlaw.com*
**TORRIDON LAW PLLC**

12

801 17th St NW, Suite 1100
Washington, DC 20006

13

Tel: +1 202 249 6900
Attorneys for Defendants

14

15

The documents were served by the following means:

16

☒   (E-MAIL or ELECTRONIC TRANSMISSION).  By electronic service on June 9, 2025.

17

My electronic service address is NLansberg@goodwinlaw.com. Based on a court order or
an agreement of the parties to accept electronic service, I caused the document(s) to be
sent to the person(s) at the electronic service address(es) listed above.

18

19

I declare that I am employed in the office of a member of the bar of this Court at whose

20

direction  the  service  was  made.  Executed  on  June  9,  2025,  at  Santa  Monica,  California.

21

22

23

24

*Natalie Lansberg*
_____
Natalie Lansberg

25

26

27

28