ROBERT D. CARROLL (*pro hac vice* forthcoming)
*RCarroll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: +1 617 570 1000

ANDREW S. ONG (SBN 267889)
*AOng@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel.: +1 650 752 3100

PAUL CAPPUCCIO
*pcappuccio@torridonlaw.com*
BRETT KATZ
*bkatz@torridonlaw.com*
**TORRIDON LAW PLLC**
801 17th St NW, Suite 1100
Washington, DC 20006
Tel: +1 202 249 6900

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAVE SOFTWARE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>NEWS CORPORATION d/b/a NEWS CORP, DOW JONES & CO., INC., NYP HOLDINGS, INC., NEWS CORP UK & IRELAND LTD., NEWS CORP AUSTRALIA,<br><br>    Defendants. | Case No. 3:25-cv-02503<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** ; ORDER |

Counsel for all parties hereby jointly stipulate that all of Brave's claims in the above-captioned case are to be dismissed in their entirety, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees.

Dated: June 9, 2025

                                          Respectfully submitted,

                                    By: */s/ Andrew S. Ong*

ROBERT D. CARROLL (*pro hac vice* forthcoming)
*RCarroll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: +1 617 570 1000

ANDREW S. ONG (SBN 267889)
*AOng@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel.: +1 650 752 3100

TIMOTHY KEEGAN (*pro hac vice* forthcoming)
*TKeegan@goodwinlaw.com*
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813 8800

ISHIKA DESAI (SBN 340239)
*IDesai@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6316

Attorneys for Plaintiff
BRAVE SOFTWARE, INC.

|  |  |
|---|---|
| 1 | By: */s/ Paul Cappuccio* |
| 2 | PAUL CAPPUCCIO (not admitted in CA) |
| 3 | *pcappuccio@torridonlaw.com* |
|   | BRETT KATZ (not admitted in CA) |
| 4 | *bkatz@torridonlaw.com* |
|   | **TORRIDON LAW PLLC** |
| 5 | 801 17th St NW, Suite 1100 |
|   | Washington, DC 20006 |
| 6 | Tel: +1 202 249 6900 |
| 7 | Attorneys for Defendants |

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, the Court DISMISSES this action without prejudice.

IT IS SO ORDERED.

DATED: __June 10, 2025_____, 2025.

                                                                         _____
                                                                         UNITED STATES DISTRICT JUDGE
                                                                         CHARLES R. BREYER